FILED
MAY 26 2010 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Felony NF

10 CR 0452

JUDGE LINDBERG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

~~MAGISTRATE JUDGE DENLOW~~

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............. (II)
   ☐ Criminal Antitrust ........... (II)
   ☐ Bank robbery ........... (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ...... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud ....... (II)
   ☐ Postal Fraud ........... (II)
   ☒ Other Fraud ........... (III)
   ☐ Auto Theft ............. (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting ......... (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana ...... (III)
   ☐ DAPCA Narcotics ....... (III)

   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   ☐ Immigration Laws ....... (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws ....... (IV)
   ☐ Motor Carrier Act ........ (IV)
   ☐ Selective Service Act ...... (IV)
   ☐ Obscene Mail .......... (III)
   ☐ Other Federal Statutes .... (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. §§ 371, 1030, 1343 and 2

MICHAEL J. FERRARA
Assistant United States Attorney

(Revised 4/99)