# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE LINDBERG** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE DENLOW** |
|---|---|---|---|
| **CASE NUMBER** | 07 GJ 0893 | **DATE** | MAY 26, 2010 |
| **CASE TITLE** | U. S. v. BJORN DANIEL SUNDIN, SHAILESHKUMAR P. JAIN, aka "Sam Jain," AND JAMES RENO. | | |

**DOCKET ENTRY TEXT**

**10 CR 0452**

### Grand Jury Proceeding

The Grand Jury for SPECIAL MARCH 2010 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge **MAGISTRATE JUDGE MASON**

TO ISSUE BENCH WARRANT; THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO BJORN DANIEL SUNDIN AND SHAILESHKUMAR P. JAIN. TO SET PRELIMINARY BAIL AT $10,000.00 SECURED AS TO JAMES RENO.

**FILED**

MAY 2 6 2010 NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                               UNDER SEAL)

Courtroom Deputy Initials: rbf