UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 452 |
| v. | ) | |
| | ) | Judge George W. Lindberg |
| BJORN DANIEL SUDIN, et al | ) | |

## ATTORNEY DESIGNATION

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                      Respectfully submitted,

                      PATRICK J. FITZGERALD
                      United States Attorney

        By:   s/ William Ridgway
                    WILLIAM RIDGWAY
                    Assistant United States Attorney
                    219 South Dearborn Street
                    Chicago, Illinois 60604
                    (312) 469-6233