UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 00452 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge George W. Lindberg |
| | ) | |
| BJORN DANIEL SUNDIN, et al. | ) | |
| Defendant. | ) | |

ADDITION OF COUNSEL

Please take notice that in addition to Assistant United States Attorneys Michael James Ferrara and William Ridgway, Special Assistant United States Attorney Michael T. Sterling has been designated as an attorney in the above captioned case on behalf of the United States Government.

                                        Respectfully submitted,

                                        PATRICK J. FITZGERALD
                                        United States Attorney

                    By:    s/ Michael Sterling
                            MICHAEL T. STERLING
                            Special Assistant United States Attorney
                            219 South Dearborn Street
                            Chicago, Illinois 60604
                            (312) 353-5354

September 13, 2010